

# NUMBER 13-12-00034-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOHN E. FOX,                                               **Appellant,**

**v.**

DONNA A. FOX,                                                 **Appellee.**

## On appeal from the County Court at Law No. 2
## of Nueces County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Rodriguez and Garza
## Memorandum Opinion Per Curiam

This appeal was abated by this Court on February 10, 2013, due to the bankruptcy of one of the parties to this appeal. *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P. 8. Since the abatement there has been no activity in this appeal. On August 26, 2013, the Court ordered the parties to file an advisory regarding the status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal. *See id.*

The order notified the parties that failure to respond to the order would result in reinstatement and dismissal of the appeal for want of prosecution.

The parties have failed to respond to the Court's directive. Accordingly, we reinstate and dismiss the appeal for want of prosecution. *See id.* R. 42.3(b).

PER CURIAM

Delivered and filed the 3rd
day of October, 2013.